

ORDERED in the Southern District of Florida on March 4, 2014.

*John K. Olson, Judge*
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No.: 14-11005-BKC-JKO |
| HONEYCLIFF, LTD. | Chapter 11 |
| Debtor. | |
| _____/ | |

### ORDER DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE

THIS MATTER came before the Court on March 4, 2014 at 9:30 a.m. upon the *United States Trustee's Emergency Motion To Appoint A Trustee Or, Alternatively, To Dismiss Or Convert Case And Request For An Expedited Hearing* [D.E.#21] (the "Motion"). The Court having reviewed the Motion and the record, heard the argument of counsel, and for the reasons stated on the record, it is

**ORDERED** that the Motion is **GRANTED** and the United States Trustee is directed to appoint a Chapter 11 Trustee immediately.

###

Submitted by: Zana M. Scarlett, Esq.
U.S. Trustee's Office
51 SW 1st Ave., Rm. 1204
Miami, FL 33130

Copies to:   Zana M. Scarlett, Esq.
David K. Blazek, Esq.
**Debtor and all creditors (via Clerk of Court)**