# THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA

In re:

Case No. 14-11005-JKO

HONEYCLIFF LTD

Chapter 7

## MOTION OF ROBERT DZIURGOT TO RESCHEDULE AND REHEAR THE DECEMBER 4, 2014 MOTION OF ROBERT DZIURGOT'S OPPOSITION TO JOHN FARNSWORTH'S CLAIM,

Robert Dziurgot states as follows:

On December 4, 2014, a hearing was held before this Court on the Motion of Robert Dziurgot to oppose the claim of John Farnsworth. Robert Dziurgot was not before this Court at that time, and this Court issued its  Order Overbuling Dziurgot's Objections to claim of Farnsworth date December 5, 2014 but not docketed until December 98, 2014. ( Doc 269 Attached as Exhibit  A. "

As this Court is aware, as part of an ongoing effort to resolve the outstanding issues, I had attended a meeting at the offices of Mr. Berger on October 17, 2014. At the meeting were the following:

Attorney Eyal Berger, Attorney Marc Barmat, Attorney and Trustee Leslie Osborne, Attorney Grace Robson, Attorney Jordan Wagner and by phone was Attorney E John Anastasi.

The reason for the meeting was to try to resolve outstanding issues, and it appeared that the issues with respect to Chepstow Mews Inc. who was represented by Attorney Robson and Attorney Wagner were resolved.  Also issues with respect to me were resolved.  However, there was still the requirement to put together the formal document and have all parties to the Honeycliff Litigation agree to and sign.

At that time, none of the participants in the meeting could deny the fact that there was a discussion to hold off any further legal matters before the Bankruptcy Court until the settlement proposal could be implemented, thereby of course saving monies. None of the participants in the meeting could deny that as part of the negotiations all parties agreed to this concept.  In

particular Robert Dziurgot who attended the meeting and who was instrumental in bringing to the table the Chepstow Mews party, also agreed.

At least one of the participants in the meeting had either heard, or was aware of the fact that Attorney Barmat, would, like he had in the past, file the necessary motions to extend any of the scheduled hearings, to a date sufficient that the possible agreement between the parties could be finalized.

Robert Dziurgot, did in fact orally agree to such extensions and was under the impression that Attorney Barmat, as he has done in the past, would file an Exparte Motion and extend all matters specifically including the Motion of my objection to the claim of Farnsworth.. Specifically, I was under the impression that the Motion filed by me Objecting to the Claim of John Farnsworth would certainly be be extended.

Accordingly not being concerned about the possible hearing of December 4, 2014 regarding my motion, I tried to communicate with the other parties to the Proposed Settlement Agreement. Unfortunately, as is usually the case, the overall concept of settlement was agreeable, but the details in the Proposed Settlement Agreement was not what was discussed nor agreed to at the meeting. For example parties not involved in the proceedings before this Court were asked to sign releases. Furthermore, I was asked to instruct the Trustee of the Na-Mor Inc. Bankruptcy to terminate his claim as he filed. These are just some of the legally impossible conditions that were imposed in the settlement agreement and as such I undertook various letters, and communications to try to clear these matters up, including a lengthy letter to Mr. Berger. However, none of these issues were addressed nor resolved. Hence the breakdown in the signing of the Settlement Agreement.

During this period of time, I was not worried about  preparing for the Hearing that was scheduled for December 4, 2014 for my motion "Robert Dziurgot's Objection to the Claim of Farnsworth" since I had assumed that Mr. Barmat had filed the extension that was contemplated at the meeting of October 17, 2014  Unfortunately, I had assumed, wrong.  It is hard for me to believe that a word of a lawyer in such a matter cannot be taken at "face value".

It is of interest that Mr. Barmat has been able to successfully file Exparte Motions and get this Court to approve them, when I was not informed, yet somehow, Mr. Barmat failed to inform me (although I admit that he had no duty to do so) that he was not filing the Motion to Extend the Hearing of my Motion which Objected to the Claim of John Farnsworth.

I am positive that should it be required, at least one of the Attorneys who attended the meeting would confirm that the "issue" regarding extending all further hearings , including the Hearing on my motion to Object to the Claim of Farnsworth, was openly discussed, and generally agreed to.

In the Order issued by this Court, on that day, specific reference is made to the fact that I did not attend.  As noted above, I did not attend because I was apparently mislead by parties in this matter, to the effect that extensions to all matters pending in this case would be postponed.

I am asking this Court to grant this Motion to Vacate the Order, and to reschedule a hearing date to rehear my Motion " Robert Dziurgot's Objection to the Claim of John Farnsworth (Claim #1)., and to do any and all things it deems necessary to rectify this matter.

Robert Dziurgot
3611 NE 34th Avenue
Fort Lauderdale, Fl. 33308
Tel 954-565-5738

CERTIFICATE

I certify that I have sent this document to all of the parties listed in Exhibit 1 attached, as required, by 1st Class Mail, Postage prepaid on this 22 day of December 2014.

Attachment 1

| Leslie Osborne | 1300 N. Federal Hwy #203 | Boca Raton, Fl.l 33432 |
| Eyal Berger | 350 E. Las Olas Blvd.  #1600 | Fort Lauderdale, Fl. 33301 |
| John Farnsworth | 75 Walnut Street, | Clinton, Ma. 01510 |
| Marc Barmat | 2255 Glades road Suite 337 W | Boca Raton, Fl. 33431 |
| Zana Scarlett | 51 SW 1Ave | Miami, Fl. 33130 |



**ORDERED in the Southern District of Florida on December 5, 2014.**

John K. Olson, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

HONEYCLIFF, LTD.,

Debtor.
_____/

Case No. 14-11005-JKO
Chapter 7

## ORDER OVERRULING DZIURGOT'S OBJECTION TO CLAIM OF FARNSWORTH

This matter having come before the Court on December 4, 2014 upon *Dziurgot's Objection to Claim of Farnsworth* [ECF No. 161] and *John Farnsworth's Response in Opposition* [ECF No. 204] the Court having reviewed the record, having heard argument of counsel, noting that Robert Dziurgot did not appear, and being otherwise advised in the premise thereof, does hereby

1

ORDER AND ADJUDGE:

1. *Dziurgot's Objection to Claim of Farnsworth* is **OVERRULED**.

###

Submitted by:
Marc P. Barmat, Esq.
2255 Glades Road, Suite 337W
Boca Raton, FL 33431
Phone: (561) 395-1840
Fax: (561) 338-7532
Email: mbarmat@furrcohen.com
*Attorney for John A. Farnsworth*

Copy Furnished to:
Marc P. Barmat, Esq.

Marc P. Barmat is hereby directed to serve a copy of this Order on those parties listed below via the manner stated and to file a certificate of service with the Court.

SERVED VIA ECF:

- Marc P Barmat ndixon@furrcohen.com, mbarmat@furrcohen.com;atty_furrcohen@bluestylus.com
- Eyal Berger eyal.berger@akerman.com, jeanette.martinez@akerman.com
- David Kyle Blazek david@blazek-law.com, G7096@notify.cincompass.com
- Lisa DiSalle FLSDBKNOTICES@QPWBLAW.COM
- Catherine E Douglas catherine.douglas@akerman.com, jeanette.martinez@akerman.com
- Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov
- Leslie S Osborne osbornetrustee@kennethrappaportlawoffice.com, lso@trustesolutions.com;lo@trustesolutions.net
- Lawrence E Pecan lpecan@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com
- Grace E. Robson grobson@mrthlaw.com, jgarey@mrthlaw.com,mrthbkc@gmail.com,sramirez@mrthlaw.com
- Daniel J Rose rose@djrpa.com, gsa323@aol.com
- Leslie J Rushing LRUSHINGESQ@ME.COM, leslie.rushing@qpwblaw.com;flsdbknotices@qpwblaw.com
- Christian Savio csavio.ecf@rprslaw.com
- Zana Michelle Scarlett Zana.M.Scarlett@usdoj.gov
- Bradley S Shraiberg bshraiberg@sfl-pa.com, dwoodall@sfl-pa.com;vchapkin@sfl-pa.com;lrosetto@sfl-pa.com;scusack@sfl-pa.com;blee@sfl-pa.com;bshraibergecfmail@gmail.com
- Sherri B. Simpson sbsecf@gmail.com, bklaw9999@gmail.com;bklaw99@aol.com

2